

# Fourth Court of Appeals
## San Antonio, Texas

October 3, 2018

No. 04-17-00811-CV

Richard O. **WEED**, Timothy A. Weed, and Rees R. Oliver, III,
Appellants

v.

**FROST BANK**, Individually and as Independent Executor of the Estate of Rees R. Oliver, Jr.
Deceased,
Appellees

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2011-PC-2024A
Honorable Tom Rickhoff, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
           Karen Angelini, Justice
           Patricia O. Alvarez, Justice

Appellants' Opposed Motion for Leave to File Reply to Post-Submission Response is GRANTED.

It is so ORDERED on October 3, 2018.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court